| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Phone: (949) 312-1377<br>Email: ben@nexusbk.com | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re:

Marsha Lourdes Atencio Dahilig

Debtor(s).

CASE NO.:

CHAPTER: Chapter 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **1/2/2025**    **Marsha Lourdes Atencio Dahilig**    _/s/ signed_
                       Printed name of Debtor 1                Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date ( *Check only ONE box below* ):**

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                       Printed name of Debtor 2                Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC



# Employee Pay Statement
Pay Period End Date: 12/15/2024

| Employee ID: | 542849 | Employee Name: | MARSHA DAHILIG | Bank ID/Acct No: | 322271627/XXXXXX6821 |
|---|---|---|---|---|---|
| Home Department: | HH Harbor-UCLA MC | Home Unit: | 70122 ER/ | Pay Location: | 20019 PAY LOCATION |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 4,971.03 | .00 | 2,017.87 | 2,953.16 | 12/30/2024 | 12/15/2024 | Direct Deposit | Regular | 00000-2036121746 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 4,219.35 | 99,373.11 | FNL SNL NO EIC | SINGLE | 5 | | N | .00 | .00 | .00 | .00 | 11/16/2019 |
| DE-4 | STATE TAX | 4,219.35 | 99,373.11 | | SINGLE | 5 | 0 | | | | | .00 | 11/16/2019 |
| MEDI | MEDICARE TAX | 5,147.82 | 120,928.36 | HIT ONLY | | | | | | | | | 11/16/2019 |
| W-5 | EIC | | | | | | | | | | | | 11/16/2019 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 4,926.81 | 113,733.47 | .00 |
| EHZNR | HORIZONS PLAN | 4,586.25 | 108,014.27 | |
| PRRDN | LACERA PLAN D | 4,926.81 | 113,733.47 | |
| RHZNR | HORIZONS MATCH | 4,419.81 | 100,788.09 | |

## Cafeteria Benefits Information

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF213 | EF213 | C3 | UHC HMO FAM | | .00 | .00 | 19,858.68 | .00 | .00 | .00 | 19,858.68 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | .00 | 919.68 | .00 | .00 | .00 | 919.68 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 71.40 | .00 | .00 | .00 | 71.40 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | | .00 | .00 | 32.64 | .00 | .00 | .00 | 32.64 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 57.00 | .00 | .00 | .00 | 57.00 | .00 |
| EF500 | EF500 | EF500 | HLTH CARE REIM | | .00 | .00 | 3,000.00 | .00 | .00 | .00 | 3,000.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | .00 | 1,800.00 | .00 | .00 | .00 | 1,800.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 45.48 | .00 | .00 | .00 | 45.48 | .00 |
| **Total Cafeteria Benefits** | | | | | | $.00 | $25,784.88 | $.00 | $.00 | $.00 | $25,784.88 | $.00 |

## Earnings Information - Current Pay Period 12/15/2024

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 5133 A  RN I | HH | 55.2476 | 099 REGULAR EARNS | 72:00 | 3,977.83 | 79,066.43 |
| 5133 A  RN I | HH | 4.0000 | 504 NITE SHIFT | 72:00 | 288.00 | 6,817.00 |
| 5133 A  RN I | HH | | 538 RN ACT CHRG | 00:00 | .00 | 839.38 |
| 5133 A  RN I | HH | 4.0000 | 539 RN WKND DIF | 23:30 | 94.00 | 2,289.00 |
| 5133 A  RN I | HH | 125.0000 | 601 SPECIALTY CARE | 1.00 | 125.00 | 3,000.00 |
| 5133 A  RN I | HH | | 701 PAID OT | 00:00 | .00 | 597.76 |
| 5133 A  RN I | HH | | 731 PRM OT-SYSM | 00:00 | .00 | 233.40 |
| 5133 A  RN I | HH | | 733 PR OT - MAN | 00:00 | .00 | 332.88 |
| 5133 A  RN I | HH | .0000 | PFA36 FLEX EARN ADV | 1.00 | 44.22 | (73.70) |
| 5133 A  RN I | HH | | PPO36 FLEX EARN | .00 | .00 | 2,809.20 |
| 5133 A  RN I | HH | | PY011 SICK 100% | 00:00 | .00 | 1,649.20 |
| 5133 A  RN I | HH | 55.2476 | PY012 HOLIDAY | 8:00 | 441.98 | 4,972.35 |
| 5133 A  RN I | HH | | PY021 VACATION | 00:00 | .00 | 3,460.32 |
| 5133 A  RN I | HH | | PY038 TRAIN ELECT | 00:00 | .00 | 415.52 |
| 5133 A  RN I | HH | | PY112 SICK PERSNL | 00:00 | .00 | 4,492.85 |
| 5133 A  RN I | HH | | PY162 65%SICK WDY | 00:00 | .00 | 333.82 |
| 5133 A  RN I | HH | | PY803 FL CP TKN S | 00:00 | .00 | 3,570.33 |
| 5133 A  RN I | HH | | PY804 FL CP TKN P | 00:00 | .00 | 1,920.36 |
| **Total Current Earnings** | | | | | **$4,971.03** | **$116,726.10** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement due to various factors such as rounding and mid-pay period salary changes.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 4,219.35 | 470.04 | .00 | 10,864.93 |
| STATX | STATX | STATX | STATE TAX | | 4,219.35 | 222.36 | .00 | 5,143.23 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 5,147.82 | 74.64 | .00 | 1,753.46 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 7.8100% | 4,926.81 | 384.78 | .00 | 8,882.53 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 8.0000% | 4,586.25 | 366.90 | .00 | 8,641.16 |

Report ID: PAY-SCPAYEMPPAYSTMT        11179        Run Date: 12/20/2024   9:44PM





# Employee Pay Statement
Pay Period End Date: 12/15/2024

**Employee ID:** 542849  
**Home Department:** HH Harbor-UCLA MC  
**Employee Name:** MARSHA DAHILIG  
**Home Unit:** 70122 ER/  
**Bank ID/Acct No:** 322271627/XXXXXX6821  
**Pay Location:** 20019 PAY LOCATION

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 352.20 | .00 | 4,421.61 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | | .00 | .00 | .00 | 259.70 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 33.96 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 78.95 | .00 | 1,894.80 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 68.00 | .00 | 1,548.70 |
| **Total Taxes/Deductions** | | | | | | **$2,017.87** | **$.00** | **$43,444.08** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 170.70 |
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 4,419.81 | 176.79 | 4,031.56 | .00 | .00 |
| RS505 | RS505 | OP6 | DEP CARE SUB-OP | | .00 | .00 | 564.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | **$176.79** | **$4,595.56** | | **$.00** | **$170.70** |

## Leave Benefits Information As Of: 12/15/2024

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 122:40 | 10:12 | |
| LV012 | HOLIDAY | 95:33 | 37:35 | |
| LV021 | VACATION | 73:57 | 80:04 | |
| LV112 | SICK PERSNL | 89:15 | 6:45 | |
| LV162 | SICK 65% | 10:50 | 149:10 | |
| LV164 | SICK 50% | 00:00 | 240:00 | |
| LV803 | FL CMP STRT TM | 71:45 | 00:00 | |
| LV804 | FL PRM OVR TM | 36:15 | 3:30 | |

 

# Employee Pay Statement
Pay Period End Date: 11/30/2024

| Employee ID: | 542849 | Employee Name: | MARSHA DAHILIG | Bank ID/Acct No: | 322271627/XXXXXX6821 |
|---|---|---|---|---|---|
| Home Department: | HH Harbor-UCLA MC | Home Unit: | 70122 ER/ | Pay Location: | 20019 PAY LOCATION |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 5,382.99 | .00 | 2,212.85 | 3,170.14 | 12/13/2024 | 11/30/2024 | Direct Deposit | Regular | 00000-2036014642 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 4,607.44 | 95,153.76 | FNL SNL NO EIC | SINGLE | 5 | | N | .00 | .00 | .00 | .00 | 11/16/2019 |
| DE-4 | STATE TAX | 4,607.44 | 95,153.76 | | SINGLE | 5 | 0 | | | | | .00 | 11/16/2019 |
| MEDI | MEDICARE TAX | 5,574.97 | 115,780.54 | HIT ONLY | | | | | | | | | 11/16/2019 |
| W-5 | EIC | | | | | | | | | | | | 11/16/2019 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 4,994.81 | 108,806.66 | .00 |
| EHZNR | HORIZONS PLAN | 5,008.09 | 103,428.02 | |
| PRRDN | LACERA PLAN D | 4,994.81 | 108,806.66 | |
| RHZNR | HORIZONS MATCH | 4,419.81 | 96,368.28 | |

## Cafeteria Benefits Information

| Cafeteria Category | | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | | .00% | 2,382.84 | .00 | 2,148.74 | 234.10 | 244.00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF213 | EF213 | C3 | UHC HMO FAM | | .00 | 1,654.89 | 19,858.68 | .00 | .00 | 1,654.89 | 19,858.68 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | 76.64 | 919.68 | .00 | .00 | 76.64 | 919.68 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | 5.95 | 71.40 | .00 | .00 | 5.95 | 71.40 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | 6.0350% | 45.00 | 2.72 | 32.64 | .00 | .00 | 2.72 | 32.64 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | 4.75 | 57.00 | .00 | .00 | 4.75 | 57.00 | .00 |
| EF500 | EF500 | EF500 | HLTH CARE REIM | | .00 | 250.00 | 3,000.00 | .00 | .00 | 250.00 | 3,000.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | 150.00 | 1,800.00 | .00 | .00 | 150.00 | 1,800.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | 3.79 | 45.48 | .00 | .00 | 3.79 | 45.48 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$2,148.74** | **$25,784.88** | **$.00** | **$.00** | **$2,148.74** | **$25,784.88** | **$.00** |

## Earnings Information - Current Pay Period 11/30/2024

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 5133 A  RN I | HH | 55.2476 | 099 REGULAR EARNS | 72:00 | 3,969.17 | 75,088.60 |
| 5133 A  RN I | HH | 4.0000 | 504 NITE SHIFT | 72:00 | 288.00 | 6,529.00 |
| 5133 A  RN I | HH | 2.5000 | 538 RN ACT CHRG | 8:00 | 20.00 | 839.38 |
| 5133 A  RN I | HH | 4.0000 | 539 RN WKND DIF | 35:30 | 142.00 | 2,195.00 |
| 5133 A  RN I | HH | 125.0000 | 601 SPECIALTY CARE | 1.00 | 125.00 | 2,875.00 |
| 5133 A  RN I | HH | 50.8024 | 701 PAID OT | 3:30 | 177.81 | 597.76 |
| 5133 A  RN I | HH | 29.1376 | 731 PRM OT-SYSM | 3:30 | 101.98 | 233.40 |
| 5133 A  RN I | HH | | 733 PR OT - MAN | 00:00 | .00 | 332.88 |
| 5133 A  RN I | HH | .0000 | PFA36 FLEX EARN ADV | 1.00 | (117.05) | (117.92) |
| 5133 A  RN I | HH | .0000 | PPO36 FLEX EARN | 1.00 | 234.10 | 2,809.20 |
| 5133 A  RN I | HH | | PY011 SICK 100% | 00:00 | .00 | 1,649.20 |
| 5133 A  RN I | HH | | PY012 HOLIDAY | 00:00 | .00 | 4,530.37 |
| 5133 A  RN I | HH | | PY021 VACATION | 00:00 | .00 | 3,460.32 |
| 5133 A  RN I | HH | | PY038 TRAIN ELECT | 00:00 | .00 | 415.52 |
| 5133 A  RN I | HH | | PY112 SICK PERSNL | 00:00 | .00 | 4,492.85 |
| 5133 A  RN I | HH | | PY162 65%SICK WDY | 00:00 | .00 | 333.82 |
| 5133 A  RN I | HH | 55.2476 | PY803 FL CP TKN S | 8:00 | 441.98 | 3,570.33 |
| 5133 A  RN I | HH | | PY804 FL CP TKN P | 00:00 | .00 | 1,920.36 |
| **Total Current Earnings** | | | | | **$5,382.99** | **$111,755.07** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement due to various factors such as rounding and mid-pay period salary changes.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 4,607.44 | 555.42 | .00 | 10,394.89 |
| STATX | STATX | STATX | STATE TAX | | 4,607.44 | 262.06 | .00 | 4,920.87 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 5,574.97 | 80.84 | .00 | 1,678.82 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 7.8100% | 4,994.81 | 390.09 | .00 | 8,497.75 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 8.0000% | 5,008.09 | 400.65 | .00 | 8,274.26 |

Report ID: PAY-SCPAYEMPPAYSTMT         11169         Run Date: 12/07/2024  2:47PM

 

## Employee Pay Statement
Pay Period End Date: 11/30/2024

**Employee ID:** 542849  
**Home Department:** HH Harbor-UCLA MC  

**Employee Name:** MARSHA DAHILIG  
**Home Unit:** 70122 ER/  

**Bank ID/Acct No:** 322271627/XXXXXX6821  
**Pay Location:** 20019 PAY LOCATION  

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 352.20 | .00 | 4,069.41 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | 6.0350% | 383.00 | 23.11 | .00 | 259.70 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | 2.83 | .00 | 33.96 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 78.95 | .00 | 1,815.85 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 66.70 | .00 | 1,480.70 |
| **Total Taxes/Deductions** | | | | | | **$2,212.85** | **$.00** | **$41,426.21** |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | 383.00 | .00 | .00 | 15.19 | 170.70 |
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 4,419.81 | 176.79 | 3,854.77 | .00 | .00 |
| RS505 | RS505 | OP6 | DEP CARE SUB-OP | | .00 | .00 | 564.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$176.79** | **$4,418.77** | **$15.19** | **$170.70** |

### Leave Benefits Information As Of: 11/30/2024

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 122:40 | 6:33 | |
| LV012 | HOLIDAY | 87:33 | 37:35 | |
| LV021 | VACATION | 73:57 | 74:50 | |
| LV112 | SICK PERSNL | 89:15 | 6:45 | |
| LV162 | SICK 65% | 10:50 | 149:10 | |
| LV164 | SICK 50% | 00:00 | 240:00 | |
| LV803 | FL CMP STRT TM | 71:45 | 00:00 | |
| LV804 | FL PRM OVR TM | 36:15 | 3:30 | |




## Employee Pay Statement
Pay Period End Date: 11/30/2024

**Employee ID:** 542849  **Employee Name:** MARSHA DAHILIG  **Bank ID/Acct No:** 322271627/XXXXXX6821
**Home Department:** HH Harbor-UCLA MC  **Home Unit:** 70122 ER/  **Pay Location:** 20019 PAY LOCATION

### Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 5,382.99 | .00 | 2,212.85 | 3,170.14 | 12/13/2024 | 11/30/2024 | Direct Deposit | Regular | 00000-2036014642 |

### Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 4,607.44 | 95,153.76 | FNL SNL NO EIC | SINGLE | 5 | | N | .00 | .00 | .00 | .00 | 11/16/2019 |
| DE-4 | STATE TAX | 4,607.44 | 95,153.76 | | SINGLE | 5 | 0 | | | | | .00 | 11/16/2019 |
| MEDI | MEDICARE TAX | 5,574.97 | 115,780.54 | HIT ONLY | | | | | | | | | 11/16/2019 |
| W-5 | EIC | | | | | | | | | | | | 11/16/2019 |

### Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 4,994.81 | 108,806.66 | .00 |
| EHZNR | HORIZONS PLAN | 5,008.09 | 103,428.02 | |
| PRRDN | LACERA PLAN D | 4,994.81 | 108,806.66 | |
| RHZNR | HORIZONS MATCH | 4,419.81 | 96,368.28 | |

### Cafeteria Benefits Information

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | .00% | 2,382.84 | .00 | 2,148.74 | 234.10 | 244.00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF213 | EF213 | C3 | UHC HMO FAM | | .00 | 1,654.89 | 19,858.68 | .00 | .00 | 1,654.89 | 19,858.68 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | 76.64 | 919.68 | .00 | .00 | 76.64 | 919.68 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | 5.95 | 71.40 | .00 | .00 | 5.95 | 71.40 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | 6.0350% | 45.00 | 2.72 | 32.64 | .00 | .00 | 2.72 | 32.64 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | 4.75 | 57.00 | .00 | .00 | 4.75 | 57.00 | .00 |
| EF500 | EF500 | EF500 | HLTH CARE REIM | | .00 | 250.00 | 3,000.00 | .00 | .00 | 250.00 | 3,000.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | 150.00 | 1,800.00 | .00 | .00 | 150.00 | 1,800.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | 3.79 | 45.48 | .00 | .00 | 3.79 | 45.48 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$2,148.74** | **$25,784.88** | **$.00** | **$.00** | **$2,148.74** | **$25,784.88** | **$.00** |

### Earnings Information - Current Pay Period 11/30/2024

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 5133 A  RN I | HH | 55.2476 | 099 REGULAR EARNS | 72:00 | 3,969.17 | 75,088.60 |
| 5133 A  RN I | HH | 4.0000 | 504 NITE SHIFT | 72:00 | 288.00 | 6,529.00 |
| 5133 A  RN I | HH | 2.5000 | 538 RN ACT CHRG | 8:00 | 20.00 | 839.38 |
| 5133 A  RN I | HH | 4.0000 | 539 RN WKND DIF | 35:30 | 142.00 | 2,195.00 |
| 5133 A  RN I | HH | 125.0000 | 601 SPECIALTY CARE | 1.00 | 125.00 | 2,875.00 |
| 5133 A  RN I | HH | 50.8024 | 701 PAID OT | 3:30 | 177.81 | 597.76 |
| 5133 A  RN I | HH | 29.1376 | 731 PRM OT-SYSM | 3:30 | 101.98 | 233.40 |
| 5133 A  RN I | HH | | 733 PR OT - MAN | 00:00 | .00 | 332.88 |
| 5133 A  RN I | HH | .0000 | PFA36 FLEX EARN ADV | 1.00 | (117.05) | (117.92) |
| 5133 A  RN I | HH | .0000 | PPO36 FLEX EARN | 1.00 | 234.10 | 2,809.20 |
| 5133 A  RN I | HH | | PY011 SICK 100% | 00:00 | .00 | 1,649.20 |
| 5133 A  RN I | HH | | PY012 HOLIDAY | 00:00 | .00 | 4,530.37 |
| 5133 A  RN I | HH | | PY021 VACATION | 00:00 | .00 | 3,460.32 |
| 5133 A  RN I | HH | | PY038 TRAIN ELECT | 00:00 | .00 | 415.52 |
| 5133 A  RN I | HH | | PY112 SICK PERSNL | 00:00 | .00 | 4,492.85 |
| 5133 A  RN I | HH | | PY162 65%SICK WDY | 00:00 | .00 | 333.82 |
| 5133 A  RN I | HH | 55.2476 | PY803 FL CP TKN S | 8:00 | 441.98 | 3,570.33 |
| 5133 A  RN I | HH | | PY804 FL CP TKN P | 00:00 | .00 | 1,920.36 |
| **Total Current Earnings** | | | | | **$5,382.99** | **$111,755.07** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement due to various factors such as rounding and mid-pay period salary changes.

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 4,607.44 | 555.42 | .00 | 10,394.89 |
| STATX | STATX | STATX | STATE TAX | | 4,607.44 | 262.06 | .00 | 4,920.87 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 5,574.97 | 80.84 | .00 | 1,678.82 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 7.8100% | 4,994.81 | 390.09 | .00 | 8,497.75 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 8.0000% | 5,008.09 | 400.65 | .00 | 8,274.26 |




## Employee Pay Statement
Pay Period End Date: 11/30/2024

**Employee ID:** 542849  
**Home Department:** HH Harbor-UCLA MC

**Employee Name:** MARSHA DAHILIG  
**Home Unit:** 70122 ER/

**Bank ID/Acct No:** 322271627/XXXXXX6821  
**Pay Location:** 20019 PAY LOCATION

### Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 352.20 | .00 | 4,069.41 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | 6.0350% | 383.00 | 23.11 | .00 | 259.70 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | 2.83 | .00 | 33.96 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 78.95 | .00 | 1,815.85 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 66.70 | .00 | 1,480.70 |
| **Total Taxes/Deductions** | | | | | | **$2,212.85** | **$.00** | **$41,426.21** |

### Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | 383.00 | .00 | .00 | 15.19 | 170.70 |
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 4,419.81 | 176.79 | 3,854.77 | .00 | .00 |
| RS505 | RS505 | OP6 | DEP CARE SUB-OP | | .00 | .00 | 564.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$176.79** | **$4,418.77** | **$15.19** | **$170.70** |

### Leave Benefits Information As Of: 11/30/2024

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 122:40 | 6:33 | |
| LV012 | HOLIDAY | 87:33 | 37:35 | |
| LV021 | VACATION | 73:57 | 74:50 | |
| LV112 | SICK PERSNL | 89:15 | 6:45 | |
| LV162 | SICK 65% | 10:50 | 149:10 | |
| LV164 | SICK 50% | 00:00 | 240:00 | |
| LV803 | FL CMP STRT TM | 71:45 | 00:00 | |
| LV804 | FL PRM OVR TM | 36:15 | 3:30 | |

Report ID: PAY-SCPAYEMPPAYSTMT　　　　　11170　　　　　Run Date: 12/07/2024  2:47PM



# Employee Pay Statement
Pay Period End Date: 11/15/2024

| Employee ID: | 542849 | Employee Name: | MARSHA DAHILIG | Bank ID/Acct No: | 322271627/XXXXXX6821 |
|---|---|---|---|---|---|
| Home Department: | HH Harbor-UCLA MC | Home Unit: | 70122 ER/ | Pay Location: | 20019 PAY LOCATION |

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Effective Pay Issue Date | Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 5,057.16 | .00 | 2,047.89 | 3,009.27 | 11/27/2024 | 11/15/2024 | Direct Deposit | Regular | 00000-2035904856 |

## Tax Information

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Multi Job | Dependents | Other Income | Additional Deductions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-4 | FEDERAL TAX | 4,302.01 | 90,546.32 | FNL SNL NO EIC | SINGLE | 5 | | N | .00 | .00 | .00 | .00 | 11/16/2019 |
| DE-4 | STATE TAX | 4,302.01 | 90,546.32 | | SINGLE | 5 | 0 | | | | | .00 | 11/16/2019 |
| MEDI | MEDICARE TAX | 5,230.49 | 110,205.57 | HIT ONLY | | | | | | | | | 11/16/2019 |
| W-5 | EIC | | | | | | | | | | | | 11/16/2019 |

## Retirement/Deferred Plan Information

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 4,879.16 | 103,811.85 | |
| EHZNR | HORIZONS PLAN | 4,676.10 | 98,419.93 | .00 |
| PRRDN | LACERA PLAN D | 4,879.16 | 103,811.85 | |
| RHZNR | HORIZONS MATCH | 4,333.16 | 91,948.47 | |

## Cafeteria Benefits Information

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF011 OPTIONS CONTRIB | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF213 | EF213 | C3 | UHC HMO FAM | | .00 | .00 | 18,203.79 | .00 | .00 | .00 | 18,203.79 | .00 |
| EF300 | EF300 | C3 | DLTADNTL-O FAM | | .00 | .00 | 843.04 | .00 | .00 | .00 | 843.04 | .00 |
| EF410 | EF410 | 250E+ | AD&D 250K-EE+FM | | .00 | .00 | 65.45 | .00 | .00 | .00 | 65.45 | .00 |
| EL202 | EL202 | 4XNE | LIFE 4XSAL | | .00 | .00 | 29.92 | .00 | .00 | .00 | 29.92 | .00 |
| EF045 | EF045 | EF045 | LTD-H OP | | .00 | .00 | 52.25 | .00 | .00 | .00 | 52.25 | .00 |
| EF500 | EF500 | EF500 | HLTH CARE REIM | | .00 | .00 | 2,750.00 | .00 | .00 | .00 | 2,750.00 | .00 |
| EF502 | EF502 | EF502 | DEP CARE REIM | | .00 | .00 | 1,650.00 | .00 | .00 | .00 | 1,650.00 | .00 |
| EF012 | EF012 | OP2WF | OPTIONS ADM FEE | | .00 | .00 | 41.69 | .00 | .00 | .00 | 41.69 | .00 |
| **Total Cafeteria Benefits** | | | | | | $.00 | $23,636.14 | $.00 | $.00 | $.00 | $23,636.14 | $.00 |

## Earnings Information - Current Pay Period 11/15/2024

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 5133 A  RN I | HH | 49.2405 | 099 REGULAR EARNS | 73:45 | 3,631.49 | 71,119.43 |
| 5133 A  RN I | HH | 4.0000 | 504 NITE SHIFT | 74:00 | 296.00 | 6,241.00 |
| 5133 A  RN I | HH | 2.5000 | 538 RN ACT CHRG | 24:00 | 60.00 | 819.38 |
| 5133 A  RN I | HH | 4.0000 | 539 RN WKND DIF | 16:15 | 65.00 | 2,053.00 |
| 5133 A  RN I | HH | 125.0000 | 601 SPECIALTY CARE | 1.00 | 125.00 | 2,750.00 |
| 5133 A  RN I | HH | 49.8064 | 701 PAID OT | 1:00 | 49.81 | 419.95 |
| 5133 A  RN I | HH | 28.3669 | 731 PRM OT-SYSM | 1:00 | 28.37 | 131.42 |
| 5133 A  RN I | HH | | 733 PR OT - MAN | 00:00 | .00 | 332.88 |
| 5133 A  RN I | HH | .0000 | PFA36 FLEX EARN ADV | 1.00 | 117.05 | (.87) |
| 5133 A  RN I | HH | | PPO36 FLEX EARN | .00 | .00 | 2,575.10 |
| 5133 A  RN I | HH | 49.2405 | PY011 SICK 100% | 7:15 | 356.99 | 1,649.20 |
| 5133 A  RN I | HH | 49.2405 | PY012 HOLIDAY | 2:00 | 98.48 | 4,530.37 |
| 5133 A  RN I | HH | | PY021 VACATION | 00:00 | .00 | 3,460.32 |
| 5133 A  RN I | HH | | PY038 TRAIN ELECT | 00:00 | .00 | 415.52 |
| 5133 A  RN I | HH | | PY112 SICK PERSNL | 00:00 | .00 | 4,492.85 |
| 5133 A  RN I | HH | 32.0063 | PY162 65%SICK WDY | 1:00 | 32.01 | 333.82 |
| 5133 A  RN I | HH | | PY803 FL CP TKN S | 00:00 | .00 | 3,128.35 |
| 5133 A  RN I | HH | 49.2405 | PY804 FL CP TKN P | 4:00 | 196.96 | 1,920.36 |
| **Total Current Earnings** | | | | | **$5,057.16** | **$106,372.08** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement due to various factors such as rounding and mid-pay period salary changes.

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | 4,302.01 | 488.23 | .00 | 9,839.47 |
| STATX | STATX | STATX | STATE TAX | | 4,302.01 | 230.82 | .00 | 4,658.81 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 5,230.49 | 75.84 | .00 | 1,597.98 |
| PRRDN | ER062 | ER062 | LACERA PLAN D | 7.8100% | 4,879.16 | 381.06 | .00 | 8,107.66 |
| EHZNR | ED021 | ED021 | HORIZONS PLAN | 8.0000% | 4,676.10 | 374.09 | .00 | 7,873.61 |

Report ID: PAY-SCPAYEMPPAYSTMT        11153        Run Date: 11/19/2024   8:42PM



# Employee Pay Statement
Pay Period End Date: 11/15/2024

**Employee ID:** 542849  
**Home Department:** HH Harbor-UCLA MC  
**Employee Name:** MARSHA DAHILIG  
**Home Unit:** 70122 ER/  
**Bank ID/Acct No:** 322271627/XXXXXX6821  
**Pay Location:** 20019 PAY LOCATION

## Taxes/Deductions Information

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 352.20 | .00 | 3,717.21 |
| EL203 | EL203 | 4XNE | LIFE 4XSAL | | .00 | .00 | .00 | 236.59 |
| EL301 | EL301 | 20K | 20K DEP LIFE | | .00 | .00 | .00 | 31.13 |
| EM413 | EM413 | EM413 | UNION-LIFE | | .00 | 78.95 | .00 | 1,736.90 |
| EU101 | EU101 | EU101 | LOC721LACEA | | .00 | 66.70 | .00 | 1,414.00 |
| **Total Taxes/Deductions** | | | | | | **$2,047.89** | **$.00** | **$39,213.36** |

## Employer Benefits/Imputed Income Information

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| IL202 | IL202 | 4XNE | LIFE IMP INC | | .00 | .00 | .00 | .00 | 155.51 |
| RHZNR | RD021 | RD021 | HORIZONS MATCH | 4.0000% | 4,333.16 | 173.33 | 3,677.98 | .00 | .00 |
| RS505 | RS505 | OP6 | DEP CARE SUB-OP | | .00 | .00 | 564.00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | **$173.33** | **$4,241.98** | | **$.00** | **$155.51** |

## Leave Benefits Information As Of: 11/15/2024

| Leave Benefit | Leave Benefit Description | YTD Hours Used | Available Hours | Hours in Excess |
|---|---|---|---|---|
| LV011 | SICK 100% | 122:40 | 2:12 | |
| LV012 | HOLIDAY | 87:33 | 21:35 | |
| LV021 | VACATION | 73:57 | 69:36 | |
| LV112 | SICK PERSNL | 89:15 | 6:45 | |
| LV162 | SICK 65% | 10:50 | 69:10 | |
| LV164 | SICK 50% | 00:00 | 80:00 | |
| LV803 | FL CMP STRT TM | 63:45 | 8:00 | |
| LV804 | FL PRM OVR TM | 36:15 | 3:30 | |

Report ID: PAY-SCPAYEMPPAYSTMT   11154   Run Date: 11/19/2024  8:42PM