Certificate Number: 14912-CAC-DE-039474084

Bankruptcy Case Number: 25-10021



14912-CAC-DE-039474084

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 24, 2025, at 4:30 o'clock AM EDT, Marsha Dahilig completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 24, 2025            By:    /s/Jai Bhatt

                                 Name:  Jai Bhatt

                                 Title: Counselor